IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM PATRICK FLOYD,

        Plaintiff,                    No.  2:14-cv-01775-SB

     v.

OFFICER WATKINS, in individual
and official capacities,                    ORDER

        Defendant.

HERNÁNDEZ, District Judge:

        Magistrate Judge Beckerman issued a Findings and Recommendation [30] on July 16, 2015, in which she recommends that this Court grant Defendant's Motion for Summary Judgment [24]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

        Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 – ORDER

Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [30], and therefore, grants Defendant's Motion for Summary Judgment [24].

IT IS SO ORDERED.

DATED this ___25___ day of ___August___, 2015.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER